IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | | |
|---|---|---|
| BRITTANY BANKS, | * | |
| Plaintiff, | * | |
| v. | | Case No. 4:24-cv-00004-CDL |
| | * | |
| EQUIFAX INFORMATION SERVICES LLC, *et al.*, | * | |
| Defendants. | * | |

## **J U D G M E N T**

Pursuant to the Notice of Voluntary Dismissal of Verizon Wireless Services, LLC filed May 9, 2024 (ECF 35), the Stipulation of Dismissal of Experian Information Solutions, Inc. filed June 14, 2024 (ECF 38), the text order granting the motion to dismiss TransUnion, LLC dated August 8, 2024 (ECF 42), as well as this court's most recent text order granting the motion to dismiss Equifax Information Services, LLC dated November 13, 2024 (ECF 46), JUDGMENT is hereby entered dismissing this case.

This 14th day of November, 2024.

David W. Bunt, Clerk

s/ Elizabeth S. Long, Deputy Clerk